UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE DANIELS**

------------------------------------------------------------x
ROBICOM HANDELSGESELLSCHAFT M.B.H.

**07 CV    2879**

                              Plaintiff,                          07 CV

-v-

                                                          **STATEMENT PURSUANT
                                                          TO F.R.C.P.**

KORNER M,

                              Defendant.

RECEIVED
APR 1 1 2007
U.S.D.C. S.D. N.Y.
CASHIERS

------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for Plaintiff, ROBICOM HANDELSGESELLSCHAFT M.B.H., certifies that

there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
       April 10, 2007

                              CHALOS, O'CONNOR & DUFFY, L.L.P.
                              Attorneys for Plaintiff
                              ROBICOM HANDELSGESELLSCHAFT M.B.H.

               By:

                              George M. Chalos (GC-8693)
                              366 Main Street
                              Port Washington, New York 11050
                              Tel: (516) 767-3600
                              Fax: (516) 767-3605
                              Email: gmc@codus-law.com