CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ROBICOM HANDELSGESELLSCHAFT M.B.H., :
                                    :
            Plaintiff,              :        **07-CV-3854**
                                    :
      v.                            :
                                    :        **NOTICE OF**
KORNER M,                           :        **APPEARANCE**
                                    :
            Defendant.              :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Société Générale New York Branch.  I certify that I am admitted to practice before this Honorable Court.


Dated: North Bergen, New Jersey
       June 20, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Société Générale New York Branch


                        By:   _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com