# CHALOS, O'CONNOR & DUFFY
### ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**
Owen F. Duffy
Charles S. Cumming
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray
Michael P. Siravo

\* Admitted in NJ
\*\* Admitted in USDC-SD Tx

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

George M. Chalos
Partner
gmc@codus-law.com

September 12, 2007

*Via Telefax*

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312
**Telefax Number: (212) 805-6737**

**SO ORDERED**
The conference is adjourned to November 14, 2007 at 9:30 a.m.

SEP 12 2007

HON. GEORGE B. DANIELS

Re: Robicom Handelsgesellschaft M.B.H. v. Korner M
    07 CV 2879 (GBD)
    CO&D Ref: 500433.0001

Dear Judge Daniels:

We are the attorneys for the Plaintiff, Robicom Handelsgesellschaft M.B.H., in the above referenced matter, and write to respectfully request a sixty-day (60) adjournment of the upcoming Rule 16 Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Thursday September 13, 2007 at 9:30 a.m. To date, we have not yet effected service upon the Defendant, Korner M, as the Defendant is located abroad. Additionally, Defendant has not appeared in this action, and, to date, we have not attached any funds belonging to the Defendant as per the Order of Maritime Attachment and Garnishment issued by Your Honor on April 11, 2007. As such, and in the interest of judicial economy, we respectfully request a sixty-day (60) adjournment of this Conference.

In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS, O'CONNOR & DUFFY

George M. Chalos /GKK

GMC/gkk:

CHALOS, O'CONNOR & DUFFY LLP