# CHALOS, O'CONNOR & DUFFY
## ATTORNEYS AT LAW

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**^
Owen F. Duffy
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray

\* Admitted in NY & NJ
\*\* Admitted in USDC-SD Tx & ED Tx
^ Admitted in USDC-CT

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 7 2008

George M. Chalos
Partner
gmc@codus-law.com

March 14, 2008

*Via Telefax*

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312
**Telefax Number: (212) 805-6737**

**SO ORDERED**

The conference is adjourned to
May 28, 2008 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
MAR 1 7 2008

Re:   Robicom Handelsgesellschaft M.B.H. v. Korner M
      07 CV 2879 (GBD)
      CO&D Ref: 500433.0001

Dear Judge Daniels:

We are the attorneys for the Plaintiff, Robicom Handelsgesellschaft M.B.H., in the above referenced matter, and write to respectfully request a sixty-day (60) adjournment of the upcoming Rule 16 Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Wednesday March 19, 2008 at 9:30 a.m. This is a Rule B maritime attachment matter, and to date we have not yet attached any funds belonging to the Defendant as per the Order of Maritime Attachment and Garnishment issued by Your Honor on April 11, 2007. Consequently, we have not yet effected service upon defendant, Korner M. As such, and in the interest of judicial economy, we respectfully request a sixty-day (60) adjournment of this Conference.

In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS, O'CONNOR & DUFFY

George M. Chalos

GMC/gkk

CHALOS, O'CONNOR & DUFFY LLP