# CHALOS, O'CONNOR & DUFFY
## ATTORNEYS AT LAW

366 MAIN STREET
PORT WASHINGTON, NEW YORK 11050-3120

TELEPHONE (516) 767-3600
TELECOPIER (516) 767-3605 & 3925
WEBSITE: WWW.CODUS-LAW.COM

Michael G. Chalos
Eugene J. O'Connor
George M. Chalos**^
Owen F. Duffy
Leroy S. Corsa
Timothy Semenoro*
Brian T. McCarthy
George E. Murray

\* Admitted in NY & NJ
\*\* Admitted in USDC-SD Tx & ED Tx
^ Admitted in USDC-CT

George M. Chalos
Partner
gmc@codus-law.com

**USDNY DOCUMENT ELECTRONICALLY FILED
DATE FILED: MAY 28 2008**

May 27, 2008

*Via Telefax*

Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 630
New York, New York 10007-1312
Telefax Number: (212) 805-6737

Re: Robicom Handelsgesellschaft M.B.H. v Korner M
07 CV 2879 (GBD)
CO&D Ref: 500433.0001

**SO ORDERED
The conference is adjourned to July 30, 2008 at 9:30 a.m.
HON. GEORGE B. DANIELS**

Dear Judge Daniels:

We are the attorneys for the Plaintiff, Robicom Handelsgesellschaft M.B.H., in the above referenced matter, and write to respectfully request a sixty-day (60) adjournment of the upcoming Rule 16 Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Wednesday May 28, 2008 at 9:30 a.m. This is a Rule B maritime attachment matter, and to date we have not yet attached any funds belonging to the Defendant as per the Order of Maritime Attachment and Garnishment issued by Your Honor on April 11, 2007. Consequently, we have not yet effected service upon defendant, Korner M and the defendant has not yet appeared in this matter. As such, and in the interest of judicial economy, we respectfully request a sixty-day (60) adjournment of this Conference.

In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,

CHALOS, O'CONNOR & DUFFY

George M. Chalos

GMC/gkk

CHALOS, O'CONNOR & DUFFY LLP