UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBICOM HANDELSGESELLSCHAFT M.B.H.,

                                                                               07 CV 2879(GBD)

                          *Plaintiff*,

v.

KORNER M,

                          *Defendant.*
------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM NAME & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Plaintiff, ROBICOM HANDELGESELLSCHAFT M.B.H, formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm name to Chalos & Co, P.C. and provides the Court and all counsel of record with the following updated contact details:

        Chalos & Co, P.C.
        123 South Street
        Oyster Bay, NY 11771
        Tel: + 1 516 714 4300
        Fax: +1 866 702 4577
        Email: gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York        Respectfully submitted,
       June 17, 2008

                                                  s/George M. Chalos
                                                  CHALOS & CO, P.C.
                                                  123 South Street
                                                  Oyster Bay, NY 11771
                                                  Ph:   516-714 4300
                                                  Fax:  866-702-4577
                                                  Email: gmc@chaloslaw.com