# CHALOS & CO.

GEORGE M. CHALOS

gmc@chaloslaw.com

Dir Line: + 1 516 714 3040
Mobile: + 1 516 721 4076

*International Law Firm & Counselors At Law*
123 SOUTH STREET
OYSTER BAY, NEW YORK 11771
Phone: + 1 516 714 4300
Fax: + 1 866 702 4577

www.chaloslaw.com

A PROFESSIONAL
CORPORATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 5 2008

July 23, 2008

*Via Telefax (212) 805 6737*

**SO ORDERED**

The conference is adjourned to
October 1, 2008 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS
JUL 2 5 2008

United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, New York 10007-1312

Attn:  Honorable George B. Daniels

Re:   Robicom Handelsgesellschaft M.B.H. v. Korner M
      07 CV 2879 (GBD)
      Chalos & Co Ref: 2010.001

**Request for Sixty (60) Day Adjournment of Initial Pre-Trial Conference**

Dear Judge Daniels:

We are attorneys for the Plaintiff, Robicom Handelsgesellschaft M.B.H.., in the above-captioned matter and write to respectfully request a sixty-day (60) adjournment of the upcoming Rule 16 Initial Pre-Trial Conference. The Conference is presently scheduled to proceed on Wednesday July 30, 2008 at 9:30 a.m. This is a maritime Rule B attachment matter. As of the time of this writing, Defendant has not appeared in the instant litigation; nor has Plaintiff attached any funds belonging to Defendant, as per the Order of Maritime Attachment and Garnishment issued by Your Honor on April 11, 2007.

Accordingly, under the circumstances, Plaintiff respectfully requests a sixty (60) day adjournment of the initial Pre-Trial conference. This is the seventh request for an adjournment made by the Plaintiff, and all previous requests for adjournment were approved by Your Honor.

In advance, thanking the Court for its time and consideration, we remain,

Respectfully yours,
CHALOS & Co., P.C.

George M. Chalos

GMC/knc

Dir Line: + 1 516 714 3040 | Mobile: + 1 516 721 4076 | Email: gmc@chaloslaw.com